**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00121-01-CR-W-DW |
| | ) | |
| STACY T. BRISCOE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 33) submitted by Magistrate Judge Sarah W. Hays regarding Defendant's Motion to Suppress Evidence and Statements (Doc. 25). Defendant filed Objections (Doc. 38) to the Magistrate's Report and Recommendation. Pursuant to Rule 59(b)(3) of the Federal Rules of Criminal Procedure, a district judge must consider de novo any objection to a magistrate judge's recommendation. After an independent review of the record, the applicable law, and Defendant's objections, the Court adopts the Magistrate's findings of fact and conclusions of law and accepts the recommendation.

Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 33) be attached to and made a part of this Order; and

2) Defendant's Motion to Suppress Evidence and Statements (Doc. 25) is DENIED.

SO ORDERED.

Date: November 12, 2015 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge