IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 15-00121-01-CR-W-DW |
| ) | |
| STACY T. BRISCOE, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 14, 2015, the Grand Jury returned a two count indictment against Stacy Briscoe. Defendant is charged with knowingly possessing ammunition (Count I) and knowingly possessing a firearm (Count II), in and affecting interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Jeffrey Quinn McCarther and likely another attorney
Case Agent: Detective John Mativi of the Kansas City Police Department
Defense: Todd M. Schultz

**OUTSTANDING MOTIONS**:

| 01/14/2016 | 42 | NOTICE of filing *United States' Notice of Intent to Offer Evidence Pursuant to Rule 404(b)* |
|---|---|---|
| 01/22/2016 | 46 | NOTICE of filing *Government's Notice of Impeachment* |
| 01/25/2016 | 48 | MOTION in limine and Response to Government's Notice of Evidence Pursuant to Rule 404(b) by Stacy T. Briscoe. |

**TRIAL WITNESSES**:
Government: no more than 5 witnesses with stipulations
Defendants: no witnesses, except for possibly the defendant

**TRIAL EXHIBITS**
Government: 20 exhibits including the firearm and ammunition, photos, certified records of defendant's convictions, clips from the dash cam video and the stipulations

Defendant: The only exhibits may be some additional portions of the dash cam video not introduced by the government.

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (**X** ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1-1 ½   days**
    Government's case including jury selection:   1 day
    Defense case: Less than ½  day

**STIPULATIONS**: The parties are stipulating to the interstate nexus of the firearm and ammunition, defendant's felony status and the chain of custody of the firearm and ammunition.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, February 3, 2016.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** No additional motions anticipated.

**TRIAL SETTING**: Criminal jury trial docket set for February 8, 2016.
    **Please note:**  Government counsel would prefer the first week of the docket, if possible.

**IT IS SO ORDERED.**

_____
SARAH W. HAYS
United States Magistrate Judge